UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADRIAN FLORENTINO MENDEZ AGAMA,<br><br>　　　　　　Petitioner,<br><br>　　v.<br><br>WARDEN OF THE GOLDEN STATE ANNEX DETENTION FACILITY, et al.,<br><br>　　　　　　Respondents. | No.  1:26-cv-0022-DAD-CKD P<br><br>ORDER |

　　　Petitioner, an Immigration and Customs Enforcement detainee who is currently representing himself, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241, a request to proceed in forma pauperis and a motion for appointment of counsel.

　　　The application to proceed in forma pauperis makes the required showing and will be granted. See 28 U.S.C. § 1915(a).

　　　In light of the complexity of the legal issues involved, the court has determined the interests of justice require appointment of counsel.  See 18 U.S.C. § 3006A(a)(2)(B); see also Weygandt v. Look, 718 F.2d 952, 954 (9th Cir. 1983).  Therefore, the motion for appointment of counsel will be granted.

　　　Because petitioner may be entitled to the requested relief if the claimed violation of constitutional rights is proved, respondent will be served with the § 2241 petition. See 28 U.S.C.

1

§ 2243. Petitioner's counsel, once appointed, shall meet and confer with respondent's counsel regarding a briefing schedule for this case.

In accordance with the above, IT IS ORDERED as follows:

1. Petitioner's request to proceed in forma pauperis (ECF No. 2) is GRANTED.

2. Petitioner's motion for appointment of counsel (ECF No. 3) is GRANTED.

3. The Clerk of the Court shall serve a copy of this order on the Federal Defender, Attention: Habeas Appointment.

4. Within seven (7) days of this order, the appointing authority for the Eastern District of California shall identify counsel and send counsel's contact information to the undersigned's courtroom deputy, Lisa Kennison, at lkennison@caed.uscourts.gov and counsel will be added as counsel for petitioner. If counsel is not a member of the Eastern District of California Criminal Justice Act Panel, within seven (7) days of this Order the Federal Defender shall file a motion to appoint counsel as CJA counsel *pro hac vice*.

5. New counsel for petitioner shall meet and confer with opposing counsel on a briefing schedule and jointly file that schedule with the court within fourteen (14) days of this order.

Dated: January 8, 2026

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
agam0022.110a.imm