UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADRIAN FLORENTINO MENDEZ AGAMA,<br><br>Petitioner,<br><br>v.<br><br>WARDEN OF THE GOLDEN STATE ANNEX DETENTION FACILITY, et al.,<br><br>Respondents. | No.  1:26-cv-0022 DAD CKD P<br><br><br>ORDER |

The court previously determined the interests of justice require appointment of counsel for petitioner and directed the appointing authority for the Office of the Federal Defender to identify counsel.  The Office of the Federal Defender has notified the court that Kresta Daly will represent petitioner.

Good cause appearing, IT IS HEREBY ORDERED that:

1. Kresta Daly is appointed nunc pro tunc to January 14, 2026, to represent petitioner.

2. The Clerk of the Court shall provide Ms. Daly with a copy of the petition for writ of habeas corpus filed January 5.

3. Petitioner, through counsel, is granted 14 days within which to file a motion for preliminary injunctive relief and / or amended petition for writ of habeas corpus.

4. The Clerk of the Court shall serve a copy of this order and a copy of the petition on the Federal Defender, Attention: Habeas Appointment.

Dated: January 20, 2026

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
agam0022.cja

2