Kresta Nora Daly, SBN 199689
**BARTH DALY LLP**
PO Box F
Winters, California 95694
Telephone: (916) 440-8600
Facsimile: (916) 440-9610
Email: kdaly@barth-daly.com

Attorneys for Defendant
Adrian Agama

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADRIAN AGAMA,<br><br>Petitioner,<br><br>v.<br><br>WARDEN OF THE GOLDEN STATE ANNEX DETENTION CENTER,<br><br>Respondent. | Case No. 1:26-CV-00022-DAD-CKD<br><br>**STIPULATION AND ORDER TO RESET DEADLINES**<br><br>Judge: Honorable Dale A Drozd. |

**STIPULATION**

1.     By previous order counsel for Mr. Agama was supposed to file a petition for habeas or motion for injunctive relief on February 3, 2026.  Dkt. 8.

2.     As of the time of filing, counsel for Mr. Agama has been unable to arrange a zoom with her client due.  All appointments are, and have been, booked for the past several weeks.

3.     By this stipulation, Petitioner asks to move the filing deadline three weeks, to February 24, 2026.

4.     The parties agree and stipulate, and request that the Court find the following:

(a)     Counsel for Mr. Agama was recently appointed and requires time to consult with her client, conduct investigation and otherwise prepare.

(b)     Defense counsel was appointed on January 20, 2026.

(c)     Mr. Agama is housed more than a three-hour drive from counsel's place of

BARTH DALY LLP
ATTORNEYS AT LAW

business.  Defense counsel has not been able to visit or arrange a zoom meeting since being appointed.  Defense counsel has spoken with Mr. Agama via the GTL Getting Out text application.

    (d)    The government does not object to the continuance.

Dated:  February 3, 2026.           Respectfully submitted,

By    /s/ Kresta Daly for
Jonathan Williams
ASSISTANT UNITED STATES ATTORNEY

Dated:  February 3, 2026.           BARTH DALY LLP

By    /s/ Kresta Nora Daly
KRESTA NORA DALY
Attorneys for Adrian Agama

STIPULATION AND [PROPOSED] ORDER      [Case No. 2:24-CR-00188-DC]

## ORDER

GOOD CAUSE APPEARING upon the stipulation of the parties it is ordered:

The deadline to file for an injunction or amended habeas is vacated.  The new deadline is February 24, 2026.

**IT IS SO ORDERED.**

Dated:  February 5, 2026

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

- 3 -

STIPULATION AND [PROPOSED] ORDER                          [Case No. 2:21-CR_00197-WBS]

BARTH DALY LLP
ATTORNEYS AT LAW