Kresta Nora Daly, SBN 199689
**BARTH DALY LLP**
PO Box F
Winters, California 95694
Telephone: (916) 440-8600
Facsimile: (916) 440-9610
Email: kdaly@barth-daly.com

Attorneys for Defendant
Adrian Agama

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ADRIAN AGAMA,

             Petitioner,

    v.

WARDEN OF THE GOLDEN STATE
ANNEX ICE DETENTION FACILITY, et al.,

             Respondents.

Case No. 1:26-CV-00022-DAD-CKD

**ORDER TO RESET DEADLINES**

### <u>ORDER</u>

GOOD CAUSE APPEARING it is ordered:

The deadline to file for an injunction or amended habeas petition is vacated. The new deadline is March 18, 2026.

**IT IS SO ORDERED.**

Dated: February 27, 2026

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

BARTH DALY LLP
ATTORNEYS AT LAW