UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ADRIAN FLORENTINO MENDEZ AGAMA,

Petitioner,

v.

WARDEN OF THE GOLDEN STATE ANNEX ICE DETENTION FACILITY, et al.,

Respondents.

No. 1:26-cv-00022-DAD-CKD

ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND GRANTING THE PETITION FOR WRIT OF HABEAS CORPUS

(Doc. Nos. 1, 22)

Petitioner Adrian Florentino Mendez Agama, A-File No. 246-749-166, is a federal immigration detainee proceeding with appointed counsel[1] with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On April 8, 2026, the assigned magistrate judge issued findings and recommendations recommending that petitioner's petition for writ of habeas corpus (Doc. No. 1) be granted. (Doc. No. 22.) Specifically, the magistrate judge found that petitioner obtained a liberty interest in his

_____

[1] Petitioner initially filed his habeas petition *pro se*. (Doc. No. 1.) Attorney Kresta Daly was appointed by the magistrate judge to represent petitioner on or about January 14, 2026. (Doc. No. 8.)

1

continued release when he was previously released by immigration authorities on March 27, 2023, that his re-detention on September 4, 2025, absent notice or a hearing, violated his due process rights, and that he is accordingly entitled to release. (*Id.* at 1–7.) The pending findings and recommendations were served on the parties and contained notice that any objections thereto were to be filed within seven (7) days after service. (*Id.* at 7–8.) On April 13, 2026, respondents filed their objection to the pending findings and recommendations. (Doc. No. 23.) Respondents' objection is primarily comprised of a single sentence stating that they object for the same reasons provided in their earlier filing. (*Id.* at 1.) These objections do not provide a basis upon which to reject the pending findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court concludes that the pending findings and recommendations are supported by the record and proper analysis.

For the reasons above.

1. The findings and recommendations issued on April 8, 2026 (Doc. No. 22) are ADOPTED IN FULL;

2. Petitioner's petition for writ of habeas corpus (Doc. No. 1) is GRANTED as follows:

    a. Respondents are ORDERED to immediately release petitioner Adrian Florentino Mendez Agama, A-File No. 246-749-166, from respondents' custody;

    b. Respondents are ENJOINED and RESTRAINED from re-detaining petitioner for any purpose, absent exigent circumstances, where respondents will have the burden of establishing that petitioner is either a flight risk or danger by clear and convincing evidence; and

3. The Clerk of the Court is directed to serve a copy of this order on the Golden State Annex Detention Facility; and

/////

/////

2

4.      The Clerk of the Court is directed to ENTER judgment in favor of petitioner and to close this case.

IT IS SO ORDERED.

Dated:   **April 30, 2026**

_Dale A. Drozd_

DALE A. DROZD
UNITED STATES DISTRICT JUDGE

3